UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 08-61101-Civ-Dimitrouleas/Snow

SARAH M. POLLOCK,

    Plaintiff,

v.

BAY AREA CREDIT SERVICE, LLC,

    Defendant.
_____/

## VERDICT

**Question 1:** Did Sarah Pollock provide her cellular telephone number to American Medical Response?

    Yes ___✓___

    No _____

If your answer to Question 1 is "Yes" do not answer Questions 2 or 3, sign and date this verdict and return the verdict to the Bailiff. If your answer to Question 1 is "No", then answer Question 2.

**Question 2:** Were the 187 calls Bay Area Credit Service, LLC made to Sarah Pollock's cellular telephone made willfully or knowingly?

    Yes _____

    No _____

If your answer to Question 2 is "Yes", then answer Questions 3. If your answer to Question 1 is "No" do not answer Question 3, sign and date this verdict and return the verdict to the Bailiff.

**Question 3:** What sum of money, if any, should be awarded against Bay Area Credit Service, LLC because its calls to Sarah Pollock were made willfully or knowingly? You may award between $0 and $1,000.00 per call. Answer in dollars and cents. Sign and date this verdict and notify the Court Officer.

Answer: $_____ per telephone call

SO SAY WE ALL THIS ___18TH___ day of August, 2009.

_____
FOREPERSON