UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-61101-Civ-Dimitrouleas/Snow

SARAH M. POLLOCK,

    Plaintiff,
v.

BAY AREA CREDIT SERVICE, LLC,

    Defendant.
_____/

## ORDER ENTERING JUDGMENT IN FAVOR OF DEFENDANT ON TELEPHONE CONSUMER PROTECTION ACT CLAIM

THIS CAUSE is before the Court upon the jury verdict reached on August 18, 2009 in the above-styled action.

Plaintiff Sarah M. Pollock filed the instant action on July 15, 2008, alleging Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* ("FDCPA"), the Florida Consumer Collections Practices Act, Fla. Stat. §§ 559.55, *et seq.* ("FCCPA"), the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, ("TCPA"), and California's Rosenthal Fair Debt Collection Practices Act, California Civil Code 1788, *et seq.* ("the Rosenthal Act"). Plaintiff had also alleged a state law tort claim for intrusion upon seclusion, but has since withdrawn that claim. Specifically, Plaintiff claims violations of 15 U.S.C. § 1692d(6) and 15 U.S.C. § 1692e(11), as well as Florida Statute § 559.72(7) and (9). She also claims Defendant violated 47 U.S.C. § 227(b)(1)(A)(iii), 47 C.F.R. § 64.1200(b)(1), and California Civil Code 1788.17. She seeks damages, declaratory relief, injunctive relief, and attorney's fees. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, and 15 U.S.C. § 1692k(d).

The only claim that remained for trial was the alleged violation of the TCPA. The Jury

found that the Plaintiff provided consent to the use of her cellular telephone number to the Defendant and thus that there was not a violation of the TCPA. The claim under the Rosenthal Act was dismissed by this Court in the Order on Summary Judgment. The parties have entered into an agreement as to the FDCPA and FCCPA claims. Thus, at the time the stipulation as to those claims is filed, the Court will enter a final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that judgment is hereby entered on behalf of Defendant, Bay Area Credit Service, LLC, as to Plaintiff's claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.,* Count VII of the Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 18th day of August, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record